IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00658-BNB

JOHNATHAN M. GAY,

    Plaintiff,

v.

CHIEF R. FOOS,
MEDICAL DIRECTOR HERTZ, and
THE CITY AND COUNTY OF DENVER, CO.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 21 2008

GREGORY C. LANGHAM
CLERK

## SECOND ORDER TO CURE DEFICIENCIES

Plaintiff, Johnathan M. Gay, is incarcerated at the Denver County Jail in Denver, Colorado. Mr. Gay initiated this action by filing *pro se* two slightly different versions of a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, two slightly different versions of a Prisoner Complaint, and a letter to the court. In an order filed on April 1, 2008, the court directed the clerk of the court to commence a civil action and directed Mr. Gay to cure certain deficiencies if he wished to pursue his claims. More specifically, the court ordered Mr. Gay to file one amended motion seeking leave to proceed *in forma pauperis* and one amended Prisoner Complaint. On April 18, 2008, Mr. Gay filed an amended Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and an amended Prisoner Complaint as directed. However, the *in forma pauperis* motion remains deficient because Mr. Gay failed to submit a certified copy of his inmate trust fund account statement for the six-month period immediately preceding the filing of the complaint as required pursuant to

28 U.S.C. § 1915(a)(2). Although the form *in forma pauperis* motion Mr. Gay completed and filed states that an account statement is required, he will be given another opportunity to submit the necessary account statement because the court did not specifically identify that deficiency in its April 1 order. Accordingly, it is

ORDERED that Mr. Gay submit a certified copy of his inmate trust fund account statement for the six-month period immediately preceding the filing of the complaint **within thirty (30) days from the date of this order.** It is

FURTHER ORDERED that if Mr. Gay fails to submit the required certified copy of his inmate trust fund account statement within the time allowed, the action will be dismissed without further notice.

DATED April 21, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00658-BNB

Johnathan M. Gay
Reg. No. 1557325
Denver County Jail
PO Box 1108
Denver, CO 80209

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4-21-08

                              GREGORY C. LANGHAM, CLERK

By: _Angie_ (signature)
                                Deputy Clerk